IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMMIE S. SIEMER, | ) | CIVIL ACTION NO. 3:22-CV-01601 |
| Plaintiff, | ) ) ) | JUDGE HELMICK |
| v. | ) ) ) | MAGISTRATE JUDGE KNAPP |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the claim will be sent to an administrative law judge to further consider the Plaintiff's claim and to take any further action necessary to complete the administrative record and issue a new decision.

Date: __10/17/22__   Entered: __s/ Jeffrey J. Helmick__
United States District Judge